**Entered on Docket
September 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000


HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates, Series 2005-AR4
09-75686 / 1256014690

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | 08-22851-lbr |
|---|---|
| Larry F. Robbins and Sabrina S. Robbins | Motion no. <br> Date: 5/13/09 <br> Time: 1:30 p.m. |
| | Chapter 13 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on August 17, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates, Series 2005-AR4 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 1061 Astounding Hills Dr. , Henderson NV and legally described as follows:

Parcel I:

Lot 64, Block 2, of Final Map of SUNRIDGE SUMMIT ESTATES, a Planned Development and Common Interest Community, as shown by Map thereof on file in Book 113 of Plats, Page 97, in the office of the County Recorder of Clark County, Nevada.

Parcel II:

A non-exclusive easement of ingress, egress and use of Common Elements and Povate Streets as set forth and subject to the Covenants, Conditions and Restrictions of SUNRIDGE ESTATES recorded January 14, 2004 in Book 20040114 as Document No. 02390 in the Office of the County Recorder in Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

1  DATED this _____ day of _____, 2009.

2

3  Submitted by:
4  Wilde & Associates

5  /s/ Gregory L. Wilde
   By_____
6  **GREGORY L. WILDE, ESQ.**
   Attorney for Secured Creditor
7  208 South Jones Boulevard
   Las Vegas, Nevada 89107
8